**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CLAYTON LANDON BARNET,

    Plaintiff,

v.                                                     No. CV 18-0381 MV/CG

FNU LNU,

    Defendant.

## ORDER TO CURE DEFICIENCY

**THIS MATTER** is before the Court on the handwritten letter by Plaintiff Clayton Landon Barnet, (Doc. 1), filed April 23, 2018. It is unclear whether Mr. Barnet is seeking to commence a civil action in this Court and, if so, what relief he may be seeking. If Mr. Barnet intends his filing as a civil complaint, the Court determines that the *pro se* complaint is deficient as follows: (1) Plaintiff has not paid the $400.00 filing fee or filed an Application to Proceed in the District Court Without Prepaying Fees and Costs; and (2) the *pro se* complaint is not on the proper form. Plaintiff must include the civil action number, CV 18-0381 MV/CG, on all papers he files in this proceeding. If Plaintiff fails to cure the deficiencies by **May 25, 2018**, the Court may dismiss this proceeding without further notice.

**IT IS THEREFORE ORDERED** that, by **May 25, 2018**, Plaintiff Clayton Landon Barnet cure the deficiencies by: (1) paying the $400 filing fee or submitting an Application to Proceed in the District Court Without Prepaying Fees and Costs; and (2) filing a prisoner civil rights complaint on the proper form.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to mail to Plaintiff, together with a copy of this order: (1) two copies of an Application to Proceed in

the District Court without Prepaying Fees and Costs under 28 U.S.C. § 1915, with instructions; and (2) a form Prisoner Civil Rights Complaint under 42 U.S.C. § 1983, with instructions.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE