# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CLAYTON LANDON BARNET,

    Plaintiff,

v.                                               No. CV 18-381 MV/CG

FNU LNU, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. The record reflects that certain mailings to Plaintiff Clayton Landon Barnet were returned as undelivered. *See* (Docs. 11, 12). It appears that Plaintiff has been transferred or released from custody without advising the Court of his new address, as required by D.N.M. LR-Civ. 83.6, thus severing contact with the Court. Because Plaintiff has failed to comply with the Court's local rules, he will be required to show cause why this action should not be dismissed. *See Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding pro se, to follow the federal rules of procedure . . . . The same is true of simple, nonburdensome local rules . . . .") (citation omitted). Failure to comply with this Order may result in dismissal of this case without further notice.

**IT IS THEREFORE ORDERED** that, **by May 24, 2019**, Plaintiff shall notify the Clerk in writing of his current address or otherwise show cause why this action should not be dismissed.

                                                          _____
                                                          THE HONORABLE CARMEN E. GARZA
                                                          CHIEF UNITED STATES MAGISTRATE JUDGE